CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED Charlottesville
for
MAR 15 2007
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:06-CR-00019 |
| v. | ORDER |
| RAJA CHARLES JABBOUR, *Defendant.* | JUDGE NORMAN K. MOON |

By order of this Court, the guilty plea hearing in this matter was referred to the Honorable B. Waugh Crigler, United States Magistrate Judge, pursuant to 28 U.S.C. §636(b)(3), for proposed findings of fact and a recommended disposition. Judge Crigler filed his Report and Recommendation ("Report") on February 28, 2007, and recommended that this Court accept Defendant's plea of guilty to Counts One, Two, and Three of the superceding information and adjudge him guilty of those offenses. The Report also recommends the approval of Count Four, administrative forfeiture.

After a careful review of the record and no objection having been filed to the Report within ten days of its service upon the parties, this Court ADOPTS the report in its entirety, FINDS the Defendant guilty of Counts One, Two, and Three of the indictment, and ADJUDGES him guilty of that offense. The forfeiture count is also APPROVED. A presentence report in this matter shall be PREPARED.

The Clerk of the Court is directed to send a certified copy of this Order to the Defendant

and all counsel of record.

ENTERED: _____
U.S. District Judge

_____March 15, 2007_____
Date